This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-41700**

**DANIEL MYERS,**

Plaintiff-Appellant,

v.

**ROBINSON AVIATION INC.,
SHAWN FORSBERG, and
VICTOR (SCOTT) McNEIL,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY
Francis J. Mathew, District Court Judge**

Daniel R. Myers
Santa Fe, NM

Pro Se Appellant

Spencer Fane, LLP
Randy S. Bartell
Shelly L. Dalrymple
Santa Fe, NM

for Appellees

**MEMORANDUM OPINION**

**HENDERSON, Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

SHAMMARA H. HENDERSON, Judge

WE CONCUR:

J. MILES HANISEE, Judge

JACQUELINE R. MEDINA, Judge